[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 16, 2005
THOMAS K. KAHN
CLERK

No. 05-12669
Non-Argument Calendar

_____

D. C. Docket No. 02-08024-TP-DMM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT COLGIN WILSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(December 16, 2005)**

Before DUBINA, HULL and HILL, Circuit Judges.

PER CURIAM:

Robin Farnsworth, appointed counsel for Robert Colgin Wilson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Wilson's revocation and sentence are **AFFIRMED.**